JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LEON EUGENE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAPTAIN J. ANDERSON, et al.,<br><br>　　　　　Defendants. | No. CV 20-1671-CJC (PLA)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On February 20, 2020, plaintiff filed a pro se civil rights action herein pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the filing fee or submit a Request to Proceed Without Prepayment of Filing Fees. (ECF Nos. 1, 2). On February 27, 2020, finding that plaintiff is a three-strike litigant under the Prison Litigation Reform Act of 1995, the Court denied waiving the filing fees and ordered plaintiff to pay the filing fees in full within 30 days of the date of that Order in order to avoid immediate dismissal. (Id. at 4, 6, 8, 10). As of the date of this Order, plaintiff has failed to pay the fees, and his time for doing so has expired. Accordingly, the case is now **dismissed without prejudice**.

DATED: April 7, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE